UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Eugene Johnson            Docket No. 5:17-CR-159-1D

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Eugene Johnson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 9, 2018, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On January 21, 2021, the case assignment was transferred to the Honorable James C. Dever III.

James Eugene Johnson was released from custody on June 10, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** It was originally ordered that the defendant comply with the requirements of the Sex Offender Registration and Notification Act as directed by the U.S. Probation Office. Due to a historical sex offense, we are recommending that the defendant complete a sex offender assessment and comply with any and all recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy            /s/ Lee Holmes
Maurice J. Foy            Lee Holmes
Supervising U.S. Probation Officer            Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2568
           Executed On: June 16, 2022

James Eugene Johnson
Docket No. 5:17-CR-159-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __17__ day of __June__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge